**UNITED STATES DISTRIC COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| Jose DE LOS SANTOS GARCIA, | ) | |
| Petitioner, | ) | Civil Action No. 3:26-CV-892 |
| v. | ) | |
| Todd BLANCHE, et al, | ) | |
| Respondents. | ) | |
|  | ) | |

**ORDER**

Upon consideration of Petitioner's Motion for Leave to File Under Seal, and the parties' respective positions, it is hereby:

ORDERED that the Motion is GRANTED.

Petitioner is directed to file the Bond Record of Proceedings under seal.

The Clerk of Court is directed to place the Bond Record of Proceedings under seal. These materials shall remain sealed until further Order of this Court.

SO ORDERED.

Dated:  6/15/2026                                      s/ Mark R. Hornak
                                                              Mark R. Hornak
                                                              United States District Judge

This Order authorizing the filing of certain materials under seal is provisional in that it may be vacated or modified, in whole or in part, at any time for good cause shown upon the motion of any party (or any other person with a recognized interest as to such matters), or by the Court upon its own motion.
/s/ Mark R. Hornak, U.S. District Judge